UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**AARON P. BOSTWICK, SR.,**　　　　　　　　　　Civil Case No. 3:11-CV-00152-KI

　　　　　Plaintiff,　　　　　　　　　　　　　　　JUDGMENT

　　v.

**OREGON DEPARTMENT OF
CORRECTIONS, et al.**,

　　　　　Defendants.

　　Aaron Bostwick, Sr.
　　6870512
　　Two Rivers Correctional Institution
　　82911 Beach Access Rd.
　　Umatilla, OR 97882-9419

　　　　　Pro se Plaintiff

　　John R. Kroger
　　Attorney General
　　Jacqueline Kamins
　　Assistant Attorney General

Page 1 - JUDGMENT

      Department of Justice
      1162 Court Street NE
      Salem, OR 97301-4096

           Attorneys for Defendants

KING, Judge:

      IT IS ORDERED THAT this action is dismissed with prejudice.

      DATED this   18th   day of June, 2012.

                                  /s/ Garr M. King
                                Garr M. King
                                United States District Judge